

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2017

No. 04-16-00575-CR

Ciarra **PLEASANT,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 387732
The Honorable Susan Skinner, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED.  Time is extended to March 31, 2017.  **FURTHER EXTENSIONS OF TIME ARE DISFAVORED.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2017.

_____
Keith E. Hottle
Clerk of Court